# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-281-MOC-DCK

| | |
|---|---|
| SALENA PAULING, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For A Limited Extension Of The Pretrial Order And Case Management Plan" (Document No. 18) filed June 12, 2024, and "Plaintiff's Motion To Modify The Pretrial Order And Case Management Plan Or To Compel Discovery" (Document No. 19) filed on June 14, 2024. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and are ripe for disposition. Having carefully considered the motions and the record, the undersigned will grant the motions with modification.

In short, the parties agree that additional time is needed to complete discovery in this case. Regrettably, the parties cast blame on each other for delays in the case and failed to reach an agreement, at least initially, on an appropriate extension of the deadlines. The undersigned is not persuaded that either side has met the Court's expectations of good faith efforts to resolve disputes such as this without Court intervention. In the future, counsel are respectfully encouraged to have a face-to-face conference to discuss the needs of the case and to compromise if necessary, so that appropriate discovery may be completed to allow the case to be resolved on the merits.

After fully briefing the cross motions to modify the Case Management Plan, it appears that both sides can now accept Defendant's alternative request for relief that will allow both sides to complete discovery within about ninety (90) days. <u>See</u> (Document No. 22, p. 3; Document No. 23, pp. 3-4). The undersigned finds Defendant's proposal to be reasonable and will direct that the case deadlines be amended as suggested.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For A Limited Extension Of The Pretrial Order And Case Management Plan" (Document No. 18) is **GRANTED with modification**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To Modify The Pretrial Order And Case Management Plan Or To Compel Discovery" (Document No. 19) is **GRANTED with modification**.

**IT IS FURTHER ORDERED** that the case deadlines are revised as follow: discovery completion – **September 13, 2024**; mediation report – **September 27, 2024**; dispositive motions – **October 11, 2024**; and trial – **February 18, 2025**.

**SO ORDERED**.

Signed: July 9, 2024

David C. Keesler
United States Magistrate Judge